AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

United States of America
v.

Jacob Allen Morley

*Defendant(s)*

Case No. 1:26-cr-10081-STA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 10/25/2026 in the county of Lake in the Western District of District, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 18 U.S.C. Section 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

Please also see the attached affidavit of DUSM Seth Preslar.

☑ Continued on the attached sheet.

Seth Preslar SAY

*Complainant's signature*

Seth Preslar, Deputy U.S. Marshal

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/27/2026

s/Jon A. York

*Judge's signature*

City and state: Jackson, TN

Jon A. York, United States Magistrate Judge

*Printed name and title*