AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee

United States of America
v.

Jacob Allen Morley
*Defendant*

Case No. 1:26-cr-10081-STA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Jacob Allen Morley,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Unlawful Flight to Avoid Prosecution, in violation of Title 18 U.S.C. Section 1073

Date: 10/27/2026

[signature]
*Issuing officer's signature*

City and state: Jackson, Tennessee

Jon A. York, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/27/26, and the person was arrested on *(date)* 11/3/26
at *(city and state)* Norborne, MO.

Date: 11/3/26

Seth Preslar
*Arresting officer's signature*

DUSM Seth Preslar
*Printed name and title*