IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 1:26-cr-10081-STA |
| | ) | |
| JACOB ALLEN MORLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS COMPLAINT**

**COMES NOW** the United States of America, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee, and Hillary Lawler Parham, Assistant United States Attorney for the Western District of Tennessee, and hereby moves to dismiss the Complaint, and in support of this motion states as follows:

1. On October 27, 2026, Jacob Allen Morley was charged by Complaint in the Western District of Tennessee for violations of Title 8 U.S.C. § 1073. Complaint, DE 3, PageID 12.

2. On November 3, 2026, the defendant was arrested in Western District of Missouri and charged with 18 USC §922(g)(1);

3. Therefore, the government moves for an order dismissing the Complaint in this matter.

Dated: November 10, 2026

Respectfully submitted,

D. Michael Dunavant
United States Attorney
Western District of Tennessee

By: /s/ Hillary Lawler Parham
HILLARY LAWLER PARHAM
Assistant United States Attorney
Tennessee Bar No. 025520
109 South Highland Avenue, Suite 300
Jackson, Tennessee 38301
(731) 633-0073
Hillary.parham@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Hillary Lawler Parham, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion has been submitted via the Court's ECF electronic filing system, this the 10th day of November, 2026.

s/Hillary Lawler Parham
HILLARY LAWLER PARHAM
Assistant United States Attorney